JOHN C. CLAYTON, RELATOR, v. BOARD OF CHOSEN FREE-HOLDERS OF THE COUNTY OF MONMOUTH, DEFEND-ANT.

Submitted October term, 1924—Decided December 31, 1924.

County Officers—Physician to County Jail—Sheriff Cannot Appoint Without Statutory Authority—No Such Authority Exists—Mandamus Will Not Lie to Compel Freeholders to Pay Salary to Physician So Appointed.

On *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Geran & Matlack*.

For the defendant, *William A. Stevens*.

PER CURIAM.

A rule to show cause was allowed in this case, directed to the board of freeholders of Monmouth county, to show cause why a peremptory or alternative writ of *mandamus* should not issue commanding the said board to pay a voucher of the relator for $250, being three months' salary, as the physician of the common jail of Monmouth county. The relator, Dr. John C. Clayton, was appointed as such by the sheriff of the county on November 1st, 1923. The question involved is, who has the right to make such appointment? It is conceded there is no statute giving the sheriff expressly such power, and we have been unable to find any. The sheriff has

no such power unless it is conferred by authority of the legislature. We think he has no such power. A writ of *mandamus* will therefore be denied, with costs, and it is so ordered.